SUNDEEN SALINAS & PYLE
Hunter Pyle (SBN 191125)
Chad Saunders (SBN 257810)
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile:  (510) 663-9241
Email(s): hpyle@ssrplaw.com; csaunders@ssrplaw.com

*Attorneys for Plaintiff*
Todd Heinzler

BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD HEINZLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02756-JAM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**1**　　　　　　　　　　Case No. 2:16-cv-02756-JAM-EFB
STIPULATION OF DIMISSAL

1  It is stipulated by the parties that this action is voluntarily dismissed with
2  prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| DATED: March 23, 2017 | /s/ Chad Saunders |
|---|---|
| | Attorney for Plaintiffs |

| DATED: March 23, 2017 | /s/ Caroline P. Donelan |
|---|---|
| | Attorney for Defendants |
| | (As authorized on 2/22/17; L.R. 131(e)) |

IT IS SO ORDERED:

| DATED: 3/23/2017 | /s/ John A. Mendez |
|---|---|
| | Hon. John A. Mendez |
| | United States District Court Judge |